| **Return** | | |
|---|---|---|
| Case No.:<br>25-MJ-117 | Date and time warrant executed:<br>06/25/2025 4:04 pm | Copy of warrant and inventory left with:<br>Discord Legal Response Team |

Inventory made in the presence of :
  Discord Legal Response Team

Inventory of the property taken and name of any person(s) seized:

  Attachments, Content, Messages, Reports, Servers and Sessions for ".frankiepeanuts"
  Attachments, Content, Messages, Reports, Servers and Sessions for "tiredolddad1"

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     07/22/2025

*Executing officer's signature*

**Special Agent Nathan Markon**
*Printed name and title*